IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MORRIS DAY aka
RICKEY L. ALFORD,

        Plaintiff,                   No. CIV S-05-0949 GEB DAD P

    vs.

J. WATERS, et al.,

        Defendants.             FINDINGS AND RECOMMENDATIONS
_____/

        By an order filed May 25, 2005, plaintiff was ordered to pay the appropriate filing fee within twenty days and was cautioned that failure to do so would result in a recommendation that this action be dismissed. The order was re-served on plaintiff at his last known address on June 17, 2005. The time period has now expired, and plaintiff has not responded to the court's order and has not paid the appropriate filing fee. Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections

1  within the specified time may waive the right to appeal the District Court's order. <u>Martinez v.</u>

2  <u>Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

3  DATED: July 20, 2005.

```
                                 _____
                                 DALE A. DROZD
                                 UNITED STATES MAGISTRATE JUDGE
```

6  DAD:lg
   day0949.fpf